# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Orlando Division

Delta Airlines, Inc

      Plaintiffs,                            Case No. 6:10-cv-1344-Orl-22GJK

v.

Peter Sotolongo, a/k/a Pedro
Sotolongo, Rigoberto
Sotolongo, Daniel Marshall,
Peter Nagy, Jr. and IN CHARGE
Marketing, Inc,, a Florida corporation

      Defendants.

_____/

## RESPONSE TO ORDER DIRECTING COMPLIANCE

      Come now Defendants' Daniel Marshall, Rigaberto Sotolongo and Pedro Sotolongo by and through their undersigned attorney and hereby files their response to the Court's Order Directing Compliance and states the following updates on their Bankruptcy cases:

1. Rigaberto Sotolongo Bankruptcy case 6:12-bk-00888-KSJ
    a. On July 6, 2012 an agreed order was entered on AAA, American Airlines and Delta Airline's Motion to Extend Time

   to Object to Discharge of Debtor or Dischargeability of Certain Debts. The deadline is September 4, 2012.

2. Pedro Sotolongo Bankruptcy Case Number 6:12-bk-00974-KSJ

   a. On July 6, 2012 an agreed order was entered on AAA, American Airlines and Delta Airline's Motion to Extend Time to Object to Discharge of Debtor or Dischargeability of Certain Debts. The deadline is September 4, 2012.

   b. American Airlines has scheduled a 2004 Exam for Pedro Sotolongo on August 29, 2012 at 10:00am.

3. Daniel Marshall Bankruptcy Case Number 6:12-bk-00975-KSJ

   a. On July 6, 2012 an agreed order was entered on AAA, American Airlines and Delta Airline's Motion to Extend Time to Object to Discharge of Debtor or Dischargeability of Certain Debts. The deadline is September 4, 2012.

   b. The Trustee, Robert Thomas, filed a Motion to Dismiss Daniel Marshall's Chapter 7 case on August 14, 2012. The hearing will be held on October 1, 2012 at 10:15am.

4. The Defendants, Daniel Marshall, Rigaberto Sotolongo and Pedro Sotolongo should not be sanctioned. Their Bankruptcy cases have been in limbo after the agreed Motion to Extend Time to Object to the Discharge of Debtor or Dischargeability of Certain Debts has been ordered. Their counsel will update this Court accordingly.

WHEREFORE, DEFENDANTS' COUNSEL requests this Court not sanction

Defendants Daniel Marshall, Rigaberto Sotolongo and Pedro Sotolongo.

Dated: August 28, 2012

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day to: the Plaintiff(s) Attorney at: John Luther, 224 S. Michigan Ave., Suite 1600, Chicago, IL 60604, and Nancy DeVito, Boyette Cummins & Nailos, 1635 E. Hwy 50, Suite 300, Clermont, FL 34711 and via fax 312-427-6668 and 352-394-2105 this 28th day of August, 2012.

BY:  /s/ Jessica R. Mayer
Jessica R. Mayer, Esq. FL Bar No. 0049895
THE MAYER LAW FIRM
6500 N Atlantic Ave, Ste C
Cape Canaveral, FL 32920
321-406-0711 (Tel)
866-326-5428 (Fax)
Attorney for Debtor(s)