UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Delta Airlines Inc. et al

    Plaintiffs,                                                Case No. 6:10-01344-ACC-GJK

v.

Sotolongo et al

    Defendants.

_____/

**BANKRUPTCY STATUS REPORT**

DANIEL MARSHALL

Case Number 6:12-00975-KSJ
Debtor received discharge 2/20/2013.

RIGABERTO SOTOLONGO

Case Number 6:12-00888-KSJ
Pre-Trial Conference was on 12/13/2012 on Delta Airlines Objection of Discharge filed on 9/4/2012.Adversary Case Numbers: 6:12-ap-00161-KSJ (American Airlines) 6:12-ap-00160-KSJ (Delta Airlines).  Delta failed to show at the pre-trial and the judge rescheduled it for the end of March 2013.

PEDRO SOTOLONGO

Case Number 6:12-00974-KSJ
Pre-Trial Conference was on 12/13/2012 on American Airlines and  Delta Airlines Objection of Discharge filed on 9/4/2012. Adversary Case Numbers: 6:12-ap-00162-KSJ (American Airlines) 6:12-ap-00159 (Delta Airlines). Delta failed to show at the pre-trial and the judge rescheduled it for the end of March 2013.

The status reports will be filed timely.  They have been scheduled in our law firm management software.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 15TH DAY OF March 2013, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

/s/JESSICA MAYER
Jessica Mayer
Bar Number 0049895
393 Harbor Dr
Cape Canaveral, FL 32920
407-694-2163 (Tel)