UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DELTA AIRLINES,

    Plaintiff,

CASE NO: 6:10-CV-01344 ACC GJK

v.

SOTOLONGO

    Defendants,
_____/

## STATUS REPORT

The Defendants, Pedro Sotolongo, Rigaberto Sotolongo and Daniel Marshall, herein, files with the court this Status Report pertaining to their bankruptcy filings.

1. Delta Airlines, Adversary (12-ap-0159) closed April 29, 2013
2. American Airlines Adversary trial June 12, 2013. Judge Jenneman will rule from the bench sometime in July.

Date: June 13, 2013

Respectfully submitted,

BY: /s/ Jessica R. Mayer, Esq

Jessica R. Mayer
Florida Bar No.: 0049895
THE MAYER LAW FIRM
8910 Wendy Lane West
West Palm Beach, FL 33411
(407)694-2163 (Tel)
(866)326-5428 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served this day on parties on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Jessica R. Mayer
Jessica R. Mayer

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SERVICE LIST**

Rigoberto Sotolongo 5751 Citadel Drive Orlando, Florida  32839-3232 Debtor Via U.S. Mail

Pedro Sotolongo, 8273 Wilson Terrace, Orlando, FL 32819 Debtor Via US Mail

Esther A. McKean, Esq. Akerman Senterfitt 420 South Orange Avenue Suite 1200 Orlando, FL  32801 Counsel for the American Automobile Association Via CM/ECF

Jimmy D. Crawford, Esq. Boyette, Cummins & Nailos, PLLC 1635 E. Hwy. 50, Suite 300 Clermont, FL  34711 Counsel for Delta Air Lines, Inc. and Guardant, Inc. Via CM/ECF

Lea Ann Souza-Rasile, Counsel for American Airlines Via CM/ECF