UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

DELTA AIR LINES, INC.,
a Delaware corporation, and GUARDANT,
INC., a Delaware corporation,

        Plaintiffs,                  Case No. 6:10-cv-1344-Orl-22GJK

v.

PETER SOTOLONGO, a/k/a PEDRO
SOTOLONGO, RIGOBERTO
SOTOLONGO, DANIEL MARSHALL,
PETER NAGY, JR. and IN CHARGE
MARKETING, INC., a Florida corporation,

        Defendants.
_____/

## STATUS REPORT

Pursuant to the Court's Order of June 25, 2013, (DKT 99), the parties conferenced on July 8, 2013, and agreed in principle to file final papers in this matter within (30) days.

Dated: July 9, 2013.        /s/ Nancy A. Davito
                                        Nancy A. Davito Esq.
                                        Florida Bar No. 0851973
                                        Boyette, Cummins & Nailos
                                        1635 E. Highway 50, Suite 300
                                        Clermont, Florida 34711
                                        Telephone: (352) 394-2103
                                        Facsimile: (352) 394-2105
                                        Ndavito@BCNLawFirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *has been*

Case 6:10-cv-01344-ACC-GJK   Document 100   Filed 07/09/13   Page 2 of 2 PageID 727

Delta Airlines v. Sotolongo, et. al.
Status Report
Page 2 of 2

electronically filed with the Clerk of the Court on this July 9, 2013, by using CM/ECF. I also certify that a copy being sent via Regular U.S. Mail to: **Jessica Mayer, Esquire**, 6500 N. Atlantic Avenue, Suite C, Cape Canaveral, Florida 32920 and and 419 N. Magnolia, Suite G, Orlando, FL, 32801 (Counsel for Defendants, **Daniel Marshall, Peter Sotolongo and Rigoberto Sotolongo**) and by Regular U.S. mail to: **In Charge Marketing, Inc., c/o Registered Agent, Peter Nagy, Jr.**, 627 102nd Avenue North, Naples, FL 34108 and **Peter Nagy, Jr.**, 627 102nd Avenue North, Naples, FL 34108, which are the last known addresses of said Defendants.

| | |
|---|---|
| */s/ Nancy A. Davito* | */s/ John P. Luther* |
| Nancy A. Davito, Esquire | *Of Counsel:* |
| Fla. Bar No. 0851973 | John P. Luther, Esquire |
| Boyette, Cummins & Nailos, PLLC | 224 South Michigan Avenue, Suite 1600 |
| 1635 E. Highway 50, Suite 300 | Chicago, Illinois 60604 |
| Clermont, Florida 34711 | Telephone: (312) 427-1300 |
| NDavito@BCNLawFirm.com | Facsimile: (312) 427-6668 |
| Telephone: (352) 394-2103 | |
| Facsimile: (352) 394-2105 | |